IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT COURT OF WASHINGTON

In re:

**STEVEN B. BUTLER**

                            Debtors.

In Chapter 7 Proceeding
NO. **14-44483-MJH**

**Order Reopening Case &
Avoiding Judgment Lien**

---

IT IS ORDERED AS FOLLOWS that the judgment lien of the following creditor is declared null and void with respect to the property commonly known as **2808 Caples Ave., Vancouver WA 98661** as follows:

Capital One Bank USA NA vs. Steven B. Butler in the amount of $3537.56 recorded on August 18, 2014 in the official property records of Clark County, Washington under case number 14C4391-1.

/// end of order///

Presented by:
/s/ Ellen Ann Brown
**Ellen Ann Brown** WSBA 27992
Attorney for Debtor(s)

BROWN AND SEELYE
1700 Cooper Point Rd SW #C5
Olympia, WA 98502
888-873-1958