**Below is the Order of the Court.**

_Mary Jo Heston_
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

___

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT COURT OF WASHINGTON

| | |
|---|---|
| In re: | In Chapter 7 Proceeding<br>NO. **14-44483-MJH** |
| **STEVEN B. BUTLER**<br>         Debtors. | **Order Reopening Case &**<br>**Avoiding Judgment Lien** |

IT IS ORDERED AS FOLLOWS that the judgment lien of the following creditor is declared null and void with respect to the property commonly known as **2808 Caples Ave., Vancouver WA 98661** as follows:

Capital One Bank USA NA vs. Steven B. Butler in the amount of $3537.56 recorded on August 18, 2014 in the

official property records of Clark County, Washington under case number 14C4391-1~~.~~, it is further

ORDERED that this case is reopened.

/// end of order///

Presented by:
/s/ Ellen Ann Brown
**Ellen Ann Brown** WSBA 27992
Attorney for Debtor(s)

BROWN AND SEELYE
1700 Cooper Point Rd SW #C5
Olympia, WA 98502
888-873-1958